United States Bankruptcy Court

Central District of California

In re:  
Advanced Environmental Group LLC  
    Debtor

Case No. 21-12761-BB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 5  
Date Rcvd: May 11, 2023      Form ID: ntcpdiv      Total Noticed: 95

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Advanced Environmental Group LLC, 230-234 East C Street, Wilmington, CA 90744-6612 |
| aty | + | SulmeyerKupetz, A Professional Corporati, 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071-1538 |
| aty | + | SulmeyerKupetz, a Professional Corporation, 333 S. Hope St., 35th Fl. Ste 3400, Los Angeles, CA 90071-3044 |
| cr | + | Alberto Amiri, James Jay Stoffel, APLC, 11622 El Camino Real, Ste. 100, San Diego, CA 92130-2051 |
| ptcrd | + | Alberto Amiri Alberto Amiri and Talya Enterprises, 3019 Wilshire Blvd., #252, Santa Monica, CA 90403-2301 |
| ptcrd | + | Dr. Iraj Naima, 2632 Comnistas Dr., Walnut Creek, CA 94598-4329 |
| ptcrd | + | GOLO, LLC, c/o James Eleopoulos,, Managing Member, 1860 Obispo Ave., Unit F, Signal Hill, CA 90755-1277 |
| cr | + | IPFS Corporation, c/o McGlinchey Stafford, 18201 Von Karman Avenue, Suite 350, Irvine, CA 92612-1082 |
| ptcrd | + | Innovative Engineering and Maintenance, Inc., Attn: Kent Phillips, CFO, 211 North Marine Avenue, Wilmington, CA 90744-5724 |
| ptcrd | + | Jenna Development, Inc., c/o James Eleopoulos, CEO, 1860 Obispo Ave., Unit F, Signal Hill, CA 90755-1277 |
| ptcrd | + | NEAA, Inc., James Eleopoulos, CEO, 1860 Obispo Ave, Unit F, Signal Hill, CA 90755-1277 |
| ptcrd | + | Nasser Nando Ghorchian, 151 Montague St., Brooklyn, NY 11201-3555 |
| cr | + | PFI REALTY IV, LP, 2163 Newcastle Avenue, Suite 200, Cardif, Cardiff by the Sea, CA 92007-1871 |
| ptcrd | + | Pacific6 Environmental, LLC, John C. Molina, CEO, 211 E. Ocean Blvd. Suite 550, Long Beach, CA 90802-4809 |
| ptcrd | + | R K Granit Employees Retirement, c/o Eric Granit, 390 Park Ave., Long Beach, CA 90814-3125 |
| ptcrd | + | Ronald Moore, 7967 Osuna Circle, Huntington Beach, CA 92648-5739 |
| ptcrd | + | Ronnie and Sunny Melendez, 20 Martingale Dr., Rancho Palos Verdes, CA 90275-5249 |
| intp | + | Ruben Garcia, 230 East C St., Wilmington, CA 90744-6612 |
| 40730313 | | Advanced Environmental Group, LLC, Attn: Corporate Officer/, Ruben and Tammy Garcia, 230-234-East C Street, Wilmington, CA 90744 |
| 40730314 | + | Advanced Environmental Group, LLC, Attn: Corporate Officer/, Ruben and Tammy Garcia, 4548 Wesley Lane, Bakersfield, CA 93308-9625 |
| 40815700 | + | Air Kinetics, 1308 South Allec St., Anaheim, CA 92805-6303 |
| 40815701 | + | Air Quality Engineering, 1618 French Street, Santa Ana, CA 92701-2419 |
| 40815702 | + | Al Amiri, 3019 Wilshire Blvd. #252, Santa Monica, CA 90403-2301 |
| 40730317 | + | Alberto Amiri and Talya Enterprises, Attn: Alberto Amiri, 3019 Wilshire Blvd. #252, Santa Monica CA 90403-2301 |
| 40815704 | + | Andrew Lu, CPA, 2018 Pacific Coast Hwy #203, Lomita, CA 90717-2657 |
| 40815705 | + | Athens Services, 1301 W 228th St., Torrance, CA 90501-5029 |
| 40815706 | + | Atkinson, Andelson, Loya, Rod & Romo, 12800 Center Ct., Suite 300, Cerritos, CA 90703-9364 |
| 40876598 | + | Brett T. Abbott, c/o GUBLER & ABBOTT, 1110 N. Chinowth Street, Visalia, CA 93291-4113 |
| 40916563 | + | CITY OF LOS ANGELES, OFFICE OF FINANCE, Los Angeles City Attorney's Office, 200 N Main Street, Ste 920, Los Angeles CA 90012-4128 |
| 40815707 | + | Chicago Title - Charles Wu Esq., 98 Discovery Lane, Irvine, CA 92618-3105 |
| 40937339 | + | Collier Walsh Nakazawa, LLP, One World Trade Center, Suite 2370, Long Beach, CA 90831-2370 |
| 40935700 | + | Cox Wootton Lerner Griffin & Hansen, LLP, 900 Front Street, Suite 350, San Francisco, CA 94111-1457 |
| 40815718 | + | Crowley, P.O. Box 2684, Carolstream, IL 60132-2684 |
| 40815719 | + | Dr. Ira Nana, 2632 Comnista, Walnut Creek, CA 94598-4329 |
| 40730323 | + | Dr. Ronnie & Sunny Melendez, 20 Martingale Dr., Rancho Palos Verdes CA 90275-5249 |
| 40815720 | + | ENAA, Inc., 1860 Obispo Ave., Unit F, Signal Hill, CA 90755-1277 |
| 40730318 | + | ENAA, Inc., James Eleopoulos, CEO, 1860 Obispo Ave., Unit F, Signal Hill CA 90755-1277 |
| 40815721 | | Environ - Glen England, 2601 Hyperian Ave., Los Angeles 90027 |
| 40815722 | + | Golo, LLC, 1860 Obispo Ave., Suite F, Signal Hill, CA 90755-1277 |

| District/off: 0973-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: May 11, 2023 | Form ID: ntcpdiv | Total Noticed: 95 |

| | | |
|---|---|---|
| 40815723 | | H&M Investment - Jeffrey Potter, Law Office - 725 S. Figuerora St.,, LA, CA 90017 |
| 40815725 | + | IPFS, P.O. Box 412086, Kansas City, MO 64141-2086 |
| 40815726 | | IRS, 1160 W 1200 S St., Ogden, Utah 84404 |
| 41042974 | + | ISAAC SANDOVAL c/o Michael W. Collins, Esq., Law Office of Collins & Lamore, Box 51688, Irvine, CA 92619-1688 |
| 40937341 | + | Infinite Marine Investment Co., Ltd., c/o Collier Walsh Nakazawa LLP, One World Trade Center, Suite 2370, Long Beach, CA 90831-2370 |
| 40815724 | + | Innovative Engineering, 211 North Marine Ave., Wilmington, CA 90744-5724 |
| 40730319 | + | Innovative Engineering and Maintenance, Inc., Attn: Kent Phillips, 211 North Marine Ave., Wilmington, CA 90744-5724 |
| 40815727 | + | J & G Restaurant/Pacific 6, 211 East Ocean Blvd., Suite 550, Long Beach, CA 90802-4809 |
| 40974120 | + | James Jay Stoffel, 11622 El Camino Real, Ste 100, San Diego, CA 92130-2051 |
| 40815728 | + | Jenna Development, 1860 Obispo Ave., Unit F, Signal Hill, CA 90755-1277 |
| 40730322 | + | Jenna Development, Inc., Attn: James Eleopoulos, CEO, 1860 Obispo Ave., Unit F, Signal Hill, CA 90755-1277 |
| 40876599 | + | John Holmes, c/o GUBLER & ABBOTT, 1110 N. Chinowth Street, Visalia, CA 93291-4113 |
| 40815729 | + | LADWP, 315 Island Ave.,, Wilmington, CA 90744-5609 |
| 40815730 | + | LBCT, 201 Pico Ave, Long Beach, CA 90802-1000 |
| 40932510 | + | LBCT LLC, 1171 Pier F Ave., Long Beach, CA 90802-6252 |
| 40815731 | #+ | LTL Attorneys LLP, 300 S. Grand Ave., 14th Floor, Los Angeles, CA 90071-3124 |
| 40815732 | | LW Hydralics, Law offices of David Danny, 4500 E PCH 4th Floor, Long Beach, CA 90804 |
| 40815733 | + | Marshall Stevens, 800 West Sixth Street, Ste 950, Los Angeles, CA 90017-2720 |
| 40929194 | + | Michael Eveloff, 10342 Dunkirk Ave, Los Angeles, CA 90025-5102 |
| 41042973 | + | Michael W. Collins, Esq., Law Office of Collins & Lamore, Box 51688, Irvine, CA 92619-1688 |
| 40815735 | + | NEAA, Inc., 1860 Obispo Ave., Unit F, Signal Hill, CA 90755-1277 |
| 40815734 | + | Nasser Nano Ghorchian, 151 Montage St.,, Brooklyn, NY 11201-3555 |
| 40730325 | + | Pacific6 Environmental, LLC, Attn: John C. Molina, CEO, 211 E. Ocean Blvd. Suite 550, Long Beach, CA 90802-4809 |
| 41257653 | + | Pine Environmental Services LLC, 92 North Main Street, Bldg. 20, Windsor NJ 08561-3209 |
| 40815738 | + | Power Trip Rentals, 2501 Orange Ave.,, Long Beach, CA 90755-3535 |
| 40815739 | + | Prism Analytics, 11000 Lagrange Park Dr., NE Albuquerque, NM 87123-5417 |
| 40815740 | | Quinn Rental Services, 1006 Rose Hills Rd., City of Industry, CA 90601 |
| 40730327 | + | R K Granit Employees Retirement, Attn: Eric Granit, 390 Park Ave., Long Beach, CA 90814-3125 |
| 40815741 | + | Republic Services, 14905 San Pedro St., Gardena, CA 90248-2031 |
| 40815742 | + | Ron & Sonny Melendez, 21 Martingale Drive, Ranchos Palos Verdes, CA 90275-5248 |
| 40815743 | + | Ronald Granite, 390 Park Ave., Long Beach, CA 90814-3125 |
| 40730324 | + | Ronald Moore, 7967 Osuna Circle, Huntington Beach, CA 92648, Dr. Iraj Naima, 2632 Comnistas Dr. Walnut Creek, CA 94598-4329 |
| 40935368 | + | Sal Caro, Kevin Connolly, Jason Mcauley, Ron Mikul, Jessica L Bagdanov - Brutzkus Gubner, 21650 Oxnard St., Ste. 500, Woodland Hills, CA 91367-4911 |
| 40815744 | + | So Cal Gas, 929 N. Avalon, Wilmington, CA 90744-4503 |
| 41029220 | + | SoCalGas, P. 0. Box 30337, Los Angeles CA 90030-0337 |
| 40815745 | | Spectrum, 248 S. Pine Ave., Suite A, Long Beach, CA 90802 |
| 40815746 | + | Sunbelt Rentals, 124 S. 600, Salt Lake City, UT 84102-1931 |
| 40904277 | + | Sunbelt Rentals, Inc., 124 S 600 E, Salt Lake City, UT 84102-1931 |
| 40815747 | + | Taraz Workers Comp, P.O. Box 93833, Cleveland, Ohio 44101-5833 |
| 40815748 | + | Tucker Ellis, 515 S. Flower St., 42nd floor, Los Angeles, CA 90071-2223 |
| 40923948 | + | Tucker Ellis LLP, 233 S. Wacker Dr. Suite 6950, Chicago IL 60606-6395 |
| 40815749 | + | USI Insurance Services, P.O. Box 22, Maple Shade, NJ 08052-0022 |
| 40730315 | + | Winthrop Golubow Hollander, LLP, Attn: Richard H. Golubow, Esq., Attn: Peter W. Lianides, Esq., 1301 Dove Street, #500, Newport Beach, CA 92660-2467 |

TOTAL: 82

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|
| smg | EDI: EDD.COM | May 12 2023 04:14:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | May 12 2023 04:20:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | Email/Text: finance.bankruptcy@lacity.org | May 12 2023 00:24:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 40815703 | Email/PDF: bncnotices@becket-lee.com | May 12 2023 00:38:27 | American Express, P.O. Box 650448, Dallas, Texas 75265-0448 |

Case 2:21-bk-12761-BB    Doc 380    Filed 05/13/23    Entered 05/13/23 21:15:43    Desc
Imaged Certificate of Notice    Page 3 of 6

| District/off: 0973-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: May 11, 2023 | Form ID: ntcpdiv | Total Noticed: 95 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 40894136 | Email/PDF: bncnotices@becket-lee.com | May 12 2023 00:49:23 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 40904177 | EDI: EDD.COM | May 12 2023 04:14:00 | Employment Development Department, Bankruptcy Group MIC 92E, PO BOX 826880, Sacramento, CA 95814 |
| 40991786 | EDI: CALTAX.COM | May 12 2023 04:20:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 40893384 | EDI: IRS.COM | May 12 2023 04:14:00 | IRS, Attn. Insolvency, 24000 Avila Road, Mail Stop 5503, Laguna Niguel, CA 92677-3405 |
| 40855017 | Email/Text: bankruptcy@ttc.lacounty.gov | May 12 2023 00:24:00 | LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR, ATTN: BANKRUPTCY UNIT, PO BOX 54110, LOS ANGELES CA 90054-0110 |
| 40730320 | Email/Text: csandidge@munifedenergy.com | May 12 2023 00:24:00 | Muni-Fed Energy, Inc., Attn: Clay Sandidge, President/CEO, 192 N. Marina Drive, Long Beach, CA 90803 |
| 40730316 | + Email/Text: USTPregion16.LA.ECF@USDOJ.GOV | May 12 2023 00:25:00 | Office of The United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017-3560 |
| 40815736 | + Email/Text: PGEBankruptcy@pge.com | May 12 2023 00:25:00 | PG & E, P.O. Box 997300, Sacramento, CA 95899-7300 |
| 40730326 | + Email/Text: darrell.hailey@quinngroup.net | May 12 2023 00:25:00 | Quinn Rental Services, Inc., Attn: Darrell Hailey, Legal Analyst, 10006 Rose Hills Rd., City of Industry, CA 90601-1702 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Greenspoon Marder LLP |
| intp | | 4G Management, Inc. |
| cr | | City of Long Beach, a municipal corporation, actin |
| cr | | Collier Family Properties, LLC |
| intp | | Courtesy NEF |
| cr | | Crowley Marine Services, Inc. |
| intp | | Delos Eco Barge, II, LLC |
| cr | | Fix The City, Inc. |
| cr | | Infinite Marine Investment Co., Ltd |
| cr | | Long Beach Container Terminal, LLC |
| cr | | Westside Coalition, Inc. |
| 40730321 | | Nasser Nando Ghorchian, 151 Montague St., Brooklyn NY 11201-0000, GOLO, LLC, James Eleopoulos, Managing Member, 1860 Obispo Ave., Unit F |
| aty | *+ | Leslie Cohen Law, PC, 506 Santa Monica Blvd. Ste 200, Santa Monica, CA 90401-2413 |
| ptcrd | *+ | ENAA, Inc., James Eleopoulos, CEO, 1860 Obispo Ave., Unit F, Signal Hill, CA 90755-1277 |
| cr | *+ | LBCT, LLC, 1171 Pier F Ave., Long Beach, CA 90802-6252 |
| ptcrd | *P++ | MUNI FED ENERGY INC, ATTN CLAY SANDIDGE, 192 N MARINA DR, LONG BEACH CA 90803-4601, address filed with court:, Muni-Fed Energy, Inc., Attn: Clay Sandidge, President/CEO, 192 N. Marina Drive, Long Beach, CA 90803 |
| ptcrd | *+ | Quinn Rental Services, Inc., Attn: Darrell Hailey, Legal Analyst, 10006 Rose Hills Rd., City of Industry, CA 90601-1702 |
| 40937340 | *+ | Collier Walsh Nakazawa LLP, One World Trade Center, Suite 2370, Long Beach, CA 90831-2370 |
| aty | ##+ | Leslie Cohen Law PC, 506 Santa Monica Blvd., Suite 200, Santa Monica, CA 90401-2413 |
| 40798627 | ##+ | Crowley Marine Services, Inc., c/o Joseph A. Walsh II, COLLIER WALSH NAKAZAWA LLP, One World Trade Center, Suite 1860, Long Beach, CA 90831-1860 |
| 40815737 | ##+ | Port of Long Beach, 415. W. Ocean Blvd., Long Beach, CA 90802-4511 |

TOTAL: 12 Undeliverable, 6 Duplicate, 3 Out of date forwarding address

District/off: 0973-2 | User: admin | Page 4 of 5
Date Rcvd: May 11, 2023 | Form ID: ntcpdiv | Total Noticed: 95

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2023 at the address(es) listed below:**

**Name**  **Email Address**

Alexander H Haberbush
    on behalf of Creditor Collier Family Properties  LLC ahaberbush@lbinsolvency.com, dhaberbush@lbinsolvency.com,vhaberbush@lbinsolvency.com,abostic@lbinsolvency.com,haberbush.assistant@gmail.com,jborin@lbinsolvency.com,lbogard@lbinsolvency.com

Asa S Hami
    on behalf of Trustee Gregory Kent Jones (TR) asa.hami@gmlaw.com ahami@ecf.courtdrive.com;patricia.dillamar@gmlaw.com;pdillamar@ecf.courtdrive.com

Brandy A Sargent
    on behalf of Interested Party 4G Management  Inc. brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com

Brian A Paino
    on behalf of Creditor IPFS Corporation bpaino@mcglinchey.com  irvineECF@mcglinchey.com

Corey R Weber
    on behalf of Creditor City of Long Beach  a municipal corporation, acting by and through its Board of Harbor Commissioners cweber@bg.law, ecf@bg.law

Corey R Weber
    on behalf of Interested Party Courtesy NEF cweber@bg.law  ecf@bg.law

Crystle Jane Lindsey
    on behalf of Interested Party Courtesy NEF crystlelindsey27@gmail.com

Daniel A Lev
    on behalf of Trustee Gregory Kent Jones (TR) daniel.lev@gmlaw.com  cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel J Weintraub
    on behalf of Interested Party Courtesy NEF dweintraub@wztslaw.com  vinnet@ecf.inforuptcy.com

David W. Meadows
    on behalf of Interested Party Courtesy NEF david@davidwmeadowslaw.com

Douglas M Neistat
    on behalf of Interested Party Courtesy NEF dneistat@gblawllp.com  mramos@gblawllp.com;tkrant@gblawllp.com

Douglas T Tabachnik
    on behalf of Creditor LBCT  LLC dtabachnik@dttlaw.com, rdalba@dttlaw.com

Eryk R Escobar
    on behalf of U.S. Trustee United States Trustee (LA) eryk.r.escobar@usdoj.gov

Eve H. Karasik
    on behalf of Interested Party Delos Eco Barge  II, LLC ehk@lnbyg.com

Gregory Kent Jones (TR)
    gjones@sycr.com  smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com

Hatty K Yip
    on behalf of U.S. Trustee United States Trustee (LA) hatty.yip@usdoj.gov  hatty.k.yip@usdoj.gov

Howard M Ehrenberg
    on behalf of Interested Party Courtesy NEF Howard.Ehrenberg@gmlaw.com

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 5 of 5 |
| Date Rcvd: May 11, 2023 | Form ID: ntcpdiv | Total Noticed: 95 |

hehrenberg@ecf.courtdrive.com;hehrenberg@ecf.inforuptcy.com;Karen.Files@gmlaw.com;Maria.Viramontes@gmlaw.com

James J Stoffel
on behalf of Creditor Alberto Amiri jstoffel@bsblaw.org  bbruno@bsblaw.org

James R Selth
on behalf of Interested Party Courtesy NEF jselth@wztslaw.com  jselth@yahoo.com;maraki@wztslaw.com;sfritz@wztslaw.com

James R Selth
on behalf of Interested Party Ruben Garcia jselth@wztslaw.com  jselth@yahoo.com;maraki@wztslaw.com;sfritz@wztslaw.com

Jeffrey S Kwong
on behalf of Interested Party Delos Eco Barge  II, LLC jsk@lnbyg.com, jsk@ecf.inforuptcy.com

Jeremy H Rothstein
on behalf of Interested Party Courtesy NEF jrothstein@gblawllp.com  msingleman@gblawllp.com;mmcclintock@gblawllp.com

Jeremy H Rothstein
on behalf of Petitioning Creditor NEAA  Inc. jrothstein@gblawllp.com, msingleman@gblawllp.com;mmcclintock@gblawllp.com

Jeremy H Rothstein
on behalf of Petitioning Creditor GOLO  LLC jrothstein@gblawllp.com, msingleman@gblawllp.com;mmcclintock@gblawllp.com

Jeremy H Rothstein
on behalf of Petitioning Creditor ENAA  Inc. jrothstein@gblawllp.com, msingleman@gblawllp.com;mmcclintock@gblawllp.com

Jessica L Bagdanov
on behalf of Creditor City of Long Beach  a municipal corporation, acting by and through its Board of Harbor Commissioners jbagdanov@bg.law, ecf@bg.law

Jessica L Bagdanov
on behalf of Interested Party Courtesy NEF jbagdanov@bg.law  ecf@bg.law

Joseph A Walsh, II
on behalf of Creditor Crowley Marine Services  Inc. joe.walsh@cwn-law.com

Joseph A Walsh, II
on behalf of Creditor Infinite Marine Investment Co.  Ltd joe.walsh@cwn-law.com

Leslie A Cohen
on behalf of Debtor Advanced Environmental Group LLC leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Matthew D. Resnik
on behalf of Creditor Westside Coalition  Inc. Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

Matthew D. Resnik
on behalf of Debtor Advanced Environmental Group LLC Matt@rhmfirm.com roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

Matthew D. Resnik
on behalf of Interested Party Courtesy NEF Matt@rhmfirm.com roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

Matthew D. Resnik
on behalf of Creditor Fix The City  Inc. Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

Peter W Lianides
on behalf of Petitioning Creditor Pacific6 Environmental  LLC plianides@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow
on behalf of Petitioning Creditor Pacific6 Environmental  LLC rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Steve Burnell
on behalf of Trustee Gregory Kent Jones (TR) Steve.Burnell@gmlaw.com sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;cheryl.caldwell@gmlaw.com;denise.walker@gmlaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

TOTAL: 38

# United States Bankruptcy Court
# Central District of California

255 East Temple Street, Los Angeles, CA 90012

## NOTICE OF POSSIBLE DIVIDEND AND
## ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
 Advanced Environmental Group LLC
**SSN:** N/A
**EIN:** 00−0000000
aka AEG, LLC, aka AMECS

230−234 East C Street
Wilmington, CA 90744

**BANKRUPTCY NO.** 2:21−bk−12761−BB
**CHAPTER** 7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above−captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before August 14, 2023**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: May 11, 2023

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv − VAN−10) Rev 12/2015

**379 / GJ**