GREGORY K. JONES, State Bar No. 181072
gjones@sycr.com
STRADLING YOCCA CARLSON & RAUTH
A PROFESSIONAL CORPORATION
10100 N. Santa Monica Blvd., Suite 1450
Los Angeles, CA 90067
Telephone: (424) 214-7000
Facsimile: (424) 214-7010

*Chapter 7 Trustee*

FILED & ENTERED

OCT 27 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>ADVANCED ENVIRONMENTAL GROUP, LLC,<br><br>Debtor. | CASE NO. 2:21-bk-12761-BB<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION WITH USI INSURANCE SERVICES LLC**<br><br>No Hearing Scheduled |

Upon consideration of the *Stipulation With USI Insurance Services LLC Regarding Timely Filing of Proof of Claim* ("Stipulation") filed by Gregory K. Jones, chapter 7 trustee in the above-captioned chapter 7 case of Advanced Environmental Group, LLC, Case No. 2:21-12761-BB and USI Insurance Services LLC ("USI"), and good cause appearing therefor:

**IT IS HEREBY ORDERED THAT** the Stipulation is approved; and

**IT IS HEREBY FURTHER ORDERED** that, pursuant to Bankruptcy Rule 3002(c)(6)(A), USI is hereby granted leave to file a proof of claim within two weeks of entry of this Order and, if filed within such time period, the proof of claim shall be deemed timely filed; and

**IT IS HEREBY FURTHER ORDERED** that the trustee in the above-captioned debtor's chapter 7 case and all other parties in interest shall retain any and all rights to object to the proof of claim filed by USI, except that no party shall object to the proof of claim on the basis of timeliness to the extent such proof of claim is filed by the deadline set in the immediately preceding directive.

###

Date: October 27, 2023

Sheri Bluebond
United States Bankruptcy Judge